IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

14cr574

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia     County: Philadelphia

City and State of Defendant:  see reverse

County:  see reverse     Register number: N/A

Place of accident, incident, or transaction:     Eastern District of Pennsylvania

Post Office: Philadelphia     County: Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:     Yes

Case Number:   Cr. No. 11-570     Judge: Tucker

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 1343 (wire fraud – 18 counts) - 18 U.S.C. § 1341 (mail fraud – 14 counts) - 18 U.S.C. § 641 (theft of government property – 1 count) - 18 U.S. C. § 371 (conspiracy to obstruct justice – 1 count) - 18 U.S.C. § 1512(c)(1) (obstruction of justice – 3 counts) - 18 U.S.C. § 1519 (obstruction of justice - – 3 counts) - 18 U.S.C. § 1001 (false statements – 3 counts) - 18 U.S.C. § 1956(h) (conspiracy to launder money – 1 count) - 18 U.S.C. § 2 (aiding and abetting) - Notice of Forfeiture

DATE: 10-23-14

Nancy Rue
Assistant United States Attorney

File No. 2013R00765
U.S. v. Dean Volkes