IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 14-574-PBT |
| DEVOS LTD. D/B/A GUARANTEED RETURNS<br>DEAN VOLKES<br>DONNA FALLON<br>RONALD CARLINO | :<br>:<br>:<br>: | **FILED**<br>NOV 25 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

ORDER

AND NOW, this 25th day of November 2014, upon consideration of the unopposed Motion of Defendants Devos Ltd, Dean Volkes, Donna Fallon and Ronald Carlino for an Extension of Time to File Pretrial Motions, it is hereby ORDERED that the motion is GRANTED and that all deadlines for the filing of any motions that may or must be made prior to trial are adjourned without date pending the setting of a discovery and motion schedule in this complex case.

BY THE COURT:

_____
Petrese, B. Tucker, CJ