IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 14-00574** |
| | : | |
| **DEVOS LTD., et al.** | : | |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as associate counsel under Local Rule 83.5.2 for the following defendants:

Devos Ltd.

Dean Volkes

Donna Fallon

Respectfully submitted,

/s/
ANN C. FLANNERY
PA Bar #52553

Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
acf@annflannerylaw.com
215.636.9002

## CERTIFICATE OF SERVICE

      I, Ann C. Flannery, hereby certify that on this 18th day of December, 2014, I caused a true and correct copy of the foregoing Notice of Appearance to be served by the Court's electronic notification system upon:

> Nancy Rue
> U.S. Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106
> 215-861-8683
> nancy.rue@usdoj.gov
>
> Paul G. Shapiro
> U.S. Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106
> 215-861-8325
> paul.shapiro@usdoj.gov

      /s/ _____
ANN C. FLANNERY
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
(215) 636-9002
acf@annflannerylaw.com