IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-574-PBT |
| DEVOS LTD. D/B/A GUARANTEED RETURNS | : | |
| DEAN VOLKES | : | |
| DONNA FALLON | | |
| RONALD CARLINO | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

ZANE DAVID MEMEGER
UNITED STATES ATTORNEY


s/ Paul G. Shapiro
Paul G. Shapiro
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served via the electronic court filing system on the following counsel of record in this matter.

**Counsel for Defendant Devos, Ltd. d/b/a Guaranteed Returns**

Andrew Seth Harris, Esquire
Douglas E. Grover, Esquire
Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
Email: aharris@schlamstone.com
Email: dgrover@schlamstone.com

Ann C. Flannery, Esquire
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Email: acf@annflannerylaw.com

**Counsel for Defendant Dean Volkes**

Elkan Abramowitz, Esquire
Miriam Glaser, Esquire
Robert M. Radick, Esquire
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
Email: eabramowitz@maglaw.com
Email: mglaser@maglaw.com
Email: rradick@maglaw.com

Ann C. Flannery, Esquire
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Email: acf@annflannerylaw.com

**Counsel for Defendant Donna Fallon**

Robert J. Cleary, Esquire
William C. Komaroff, Esquire
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Email: wkomaroff@proskauer.com

Ann C. Flannery, Esquire
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Email: acf@annflannerylaw.com

**Counsel for Defendant Ronald Carlino**

Richard Q. Whelan, Esquire
Palmer Biezup & Henderson LLP
190 N. Independence Mall West, Suite 401
Philadelphia, PA 19106
Email: rwhelan@pbh.com

Thomas M. Russo, Esquire
Freehill Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
Email: russo@freehill.com

                                                  s/Karen Dodd
                                                  Karen Dodd, Legal Assistant
                                                  Office of the United States Attorney

Dated: January 6, 2015