IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO. 2:14-CR-574-PBT |
| v. | : |
| | : |
| DEVOS LTD. | ; |
| d/b/a GUARANTEED RETURNS, et al. | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw my appearance as local counsel for Defendant, Devos Ltd. d/b/a Guaranteed Returns, in the above-captioned action.

                            Respectfully submitted,

                            BY:  /s/  William J. Winning_____
                                William J. Winning, Esq. (No. 20071)
                                Cozen O'Connor
                                1900 Market Street
                                Philadelphia, PA  19103
                                Tele: 215-665-2000
                                Fax:  215-665-2013
                                Email: wwinning@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served upon counsel via ECF on April 1, 2015, addressed as follows:

Nancy Rue, Assistant U.S. Attorney
U.S. Attorney's Office for the Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106

Richard Q. Whelan, Esquire
Palmer Biezup & Henderson LLP
190 N. Independence Mall West, Suite 401
Philadelphia, PA 19106
Attorney for Defendant Ronald Carlino

Elkan Abramowitz, Esquire
Robert M. Radick, Esquire
Miriam Glaser, Esquire
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
Defendant Dean Volkes

William C. Komaroff, Esquire
Robert J. Cleary, Esquire
Proskauer
Eleven Times Square
New York, NY 10036-8299
Defendant Donna Fallon

Douglas E. Grover, Esquire
Andrew S. Harris, Esquire
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Defendant Devos Ltd. d/b/a Guaranteed Returns

Ann C. Flannery, Esquire
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Defendants Devos Ltd., Dean Volkes, Donna Fallon


/s William J. Winning_____
William J. Winning, Esquire

3