IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-574-PBT |
| DEVOS LTD. D/B/A GUARANTEED RETURNS DEAN VOLKES DONNA FALLON RONALD CARLINO | : : : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

> ZANE DAVID MEMEGER
> UNITED STATES ATTORNEY
>
>
> s/ Jennifer Chun Barry
> Jennifer Chun Barry
> Assistant United States Attorney