IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD., ET AL.** : | **NO. 14-574** |
| : | |

## ORDER

**AND NOW**, this 8th day of June 2015, upon consideration of the status hearing convened for the above-captioned matter on Friday, June 5, 2015, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Government shall complete discovery on or before **Friday, July 17, 2015**;

2. The previously scheduled January 11, 2016 trial date for this matter is **CANCELLED**. This matter shall be given a new Trial Date Certain of **Monday, April 18, 2016** at **10:00 a.m.**

3. All motions in limine shall be filed and served at least five (5) business days before the trial date. All other motions shall be filed and served on or before **Monday, October 5, 2015**.

**BY THE COURT**:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, U.S.C.J**

1