IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : : : | |
| v. | : : | **CRIMINAL ACTION** |
| **DEVOS LTD., ET AL.** | : : : | **NO. 14-574** |

### ORDER

**AND NOW**, this __1st___ day of October, 2015, upon consideration of Defendant Devos Ltd.'s Motion to Compel (Doc. 80), the Government's Response in Opposition (Doc. 82), and Defendant Devos Ltd.'s Reply to the Government's Response (Doc. 86), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.

The Court's granting of the Motion to Compel is subject to the following conditions:

1. Once the Government provides Defendant Devos Ltd. the discoverable material pursuant to Federal Rule of Criminal Procedure 16(a)(C)(1), there shall be no contact, direct or indirect, with the witnesses, their family members, or their close associates.

2. The details of *Devos Ltd. v. Schuette* shall be released to the Court so that an injunction or stay can issue.

3. Any violation of this Order may result in sanctions, including criminal charges.

**BY THE COURT**:

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**