## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | |
| **DEVOS LTD., ET AL.** | : | **NO. 14-574** |
| | : | |
| | : | |

## ORDER

**AND NOW**, this __1st___ day of October, 2015, upon consideration of the Government's

Motion for Protective Order (Doc. 82), Defendant Devos Ltd.'s Response (Doc. 86), and the

Government's Reply to Response (Doc. 91), **IT IS HEREBY ORDERED** and **DECREED** that

said Motion is **DENIED.**

**BY THE COURT**:

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, C.J.**