IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :<br>:<br>v.       :<br>:<br>**DEVOS LTD., ET AL.**    :<br>: | **CRIMINAL ACTION**<br><br>**NO. 14-574** |

### ORDER

**AND NOW**, this __1st___ day of October, 2015, upon consideration of Defendant Dean Volkes's Oral Motion to Extend Pretrial Deadlines, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all motions in limine shall be filed and served at least five (5) business days before the trial date. All other motions shall be filed and served on or before **Tuesday, October 13, 2015**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**