IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : CRIMINAL ACTION |
| **DEVOS LTD., ET AL.** | : NO. 14-574 |

### ORDER

**AND NOW**, this __1st___ day of October, 2015, upon consideration of Defendant Donna Fallon's Motion to Compel Discovery (Doc. 88) and the Government's Response thereto (Doc. 92), **IT IS HEREBY ORDERED AND DECREED** that Defendant Fallon's Motion is **DISMISSED AS MOOT**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, C.J.**

---

[1] Dismissal of this motion does not preclude Defendant from seeking additional disclosures in the event that the Government failed to fully disclose and/or produce: (1) summaries of all oral statements alleged to have been made by Defendant Fallon to government agents that the Government intends to use at trial but whose substance is not reflected in any written record and (2) copies of all written records containing the substance of any oral statement alleged to have been made by Defendant Fallon to government agents, regardless of whether the Government intends to use the statement at trial.