IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 14-574-PBT** |
| **DEVOS LTD.** | : | |
| **D/B/A GUARANTEED RETURNS** | | |
| **DEAN VOLKES** | : | |
| **DONNA FALLON** | | |
| **RONALD CARLINO** | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

ZANE DAVID MEMEGER
UNITED STATES ATTORNEY


s/ Jennifer Chun Barry
Jennifer Chun Barry
Assistant United States Attorney