IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

### ORDER

AND NOW, this 18th day of April, 2016, upon consideration of the Government's Motion to Seal Its Response to Defendants' Pretrial Motions (Doc. 131), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**. It is ordered that the Government's Response to Defendants' Pretrial Motions is filed under **SEAL** and that it remain under seal until further order of the Court. The Government shall file a redacted version of this document on the public docket.

BY THE COURT:

*Petrese B. Tucker*
Hon. Petrese B. Tucker, C.J.