# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : | **NO. 14-574** |
| | : | |

## ORDER

**AND NOW**, this __28th__ day of September, 2016, upon consideration of the Government's letter dated September 27, 2016, seeking an extension of time to respond to Defendants' Sealed Motion (Doc. 140), **IT IS HEREBY ORDERED AND DECREED** that the Government shall file a response to Defendants' Sealed Motion on or before **Friday, October 7, 2016**.

**IT IS FURTHER ORDERED** that Defendants shall file their reply briefs on or before **Friday, October 21, 2016**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**