IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v.   : | |
| : | NO. 14-574-4 |
| RONALD CARLINO : | |

**O R D E R**

**AND NOW**, this 4th day of October, 2016, upon consideration of the Defendants' letter dated September 23, 2016, requesting a continuance of the sentencing hearing scheduled for October 6, 2016 to June 2017, it is hereby **ORDERED** that the request is **GRANTED**.

Sentencing in this matter shall be held in courtroom 16B on Tuesday, June 13, 2017 at 10:00 am.

BY THE COURT:

s/ Petrese B. Tucker
_____
Petrese B. Tucker, Chief Judge