IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 14-574-PBT-01, 02, 03 |
| DEVOS LTD. D/B/A GUARANTEED RETURNS, : | |
| DEAN VOLKES, : | |
| DONNA FALLON | |

## UNITED STATES' MOTION TO SEAL

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney, Nancy Rue, and Patrick J. Murray, Assistant United States Attorneys, in and for the Eastern District of Pennsylvania, respectfully moves for an Order sealing the United States' Response to Defendants' Motion Alleging Improprieties in the Use of Grand Jury Subpoenas (the "Response"). The Response discusses grand jury testimony and a grand jury investigation. Defendants' Motion and Memorandum of Law In Support were also filed under seal.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


/s/ Nancy Rue
Patrick J. Murray
Nancy Rue
Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO.** |
| : | **14-574-PBT-01, 02, 03** |
| **DEVOS LTD. D/B/A GUARANTEED** : | |
| **RETURNS,** | |
| **DEAN VOLKES,** : | |
| **DONNA FALLON** | |

## O R D E R

AND NOW, this ____ day of December, 2015, it is hereby **ORDERED** that the United States' Response to Defendants' Motion Alleging Improprieties in the Use of Grand Jury Subpoenas is **GRANTED.** It is ordered that the United States' Response to Defendants' Motion Alleging Improprieties in the Use of Grand Jury Subpoenas is filed under **SEAL** and that it remain under seal under further order of the Court.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
Chief Judge, United States District Court

## **CERTIFICATE OF SERVICE**

I certify that the foregoing United States' Motion To Seal Its Response to Defendants' Motion was served by the Electronic Court Filing System on all counsel of record.

/s/Nancy Rue
Nancy Rue
Assistant United States Attorney
