IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 14-574-1,2 and 3 |
| DEVOS LTD. D/B/A GUARANTEED RETURNS<br>DEAN VOLKES AND<br>DONNA FALLON | |
| : | |

**O R D E R**

**AND NOW**, this   30th   day of  November , 2016 , the Court finds that the above action cannot proceed to trial and disposition and must be continued because of the following reason:

[ X ] - The failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

[ ] - The case taken as a whole is so unusual and so complex, due to the number of defendants or the nature of the prosecution and other complexity, that it is unreasonable to expect adequate preparation within the periods of time established.

[ X ] - Other:  Defendant's oral motion for a continuance was granted on September 19, 2016.  The new trial date is set for January 30, 2017.

**WHEREFORE**, in accordance with 18 U.S.C.§3161(h)(7)(A), the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and, therefore, orders this case continued.

BY THE COURT:

s/ Petrese B. Tucker

PETRESE B. TUCKER,   CHIEF  J.

SPEEDY TRIAL ACT DELAY CODE  (T)

Cr. 19 (8/2009)