## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |
| : | |

### ORDER

AND NOW, this __22nd__ day of December, 2016, upon consideration of Defendants' letter, dated December 20, 2016, requesting a telephone conference to discuss various pretrial scheduling matters, **IT IS HEREBY ORDERED AND DECREED** that a telephone conference shall be held between all Parties and the Honorable Chief Judge Tucker on **Wednesday, January 4, 2017, at 11:00 a.m**.  Counsel for the Government shall initiate the telephone conference call by dialing Chambers at (267) 299-7610.

                                                             **BY THE COURT:**

                                                             /s/ Petrese B. Tucker
                                                           _____
                                                           **Hon. Petrese B. Tucker, C.J.**