# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 14-574** |
| **DEVOS LTD. d/b/a GUARANTEED** : | |
| **RETURNS, et al.** : | |

## ORDER

**AND NOW**, this __3rd__ day of January, 2017, upon consideration of the email by Defendant Dean Volkes' counsel, dated December 28, 2016, requesting that the telephone conference scheduled for Wednesday, January 4, 2017, at 11:00 a.m. be rescheduled, **IT IS HEREBY ORDERED AND DECREED** that the telephone conference shall be **RESCHEDULED** for **Wednesday, January 4, 2017, at 2:00 p.m**.  Counsel for the Government shall initiate the telephone conference call by dialing Chambers at (267) 299-7610.

                                                            **BY THE COURT:**

                                                            **/s/ Petrese B. Tucker**
                                                            _____
                                                            **Hon. Petrese B. Tucker, C.J.**