APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Devos Ltd. d/b/a/Guaranteed Returns | : | NO.  14-574-CR(PBT) |

## ORDER

AND NOW, this           Day of                    ,           , it is hereby

ORDERED that the application of  Jolene F. LaVigne-Albert  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                        J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 14-574 - CR (PBT)

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Jolene F. LaVigne-Albert__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1341__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 09/29/2014 | 5281555 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| SDNY, EDNY | 11/04/2014 | 5281555 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  U.S. v. Devos Ltd.

_____
(Applicant's Signature)

12/16/2016
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Schlam Stone & Dolan LLP, 26 Broadway, New York, New York 10004

212-344-5400

Sworn and subscribed before me this

16th Day of December 2016

_____
Notary Public

GRETA JERNSTEDT
Notary Public, State of New York
No. 01-JE79612
Qualified in New York County
Commission Expires April 10, 2017

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Jolene F. LaVigne-Albert____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ann C. Flannery | *[signature]* | 06/06/2008 | 52553 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1835 Market Streeet, Suite 2700

Philadelphia, PA 19103

215-636-9002

Sworn and subscribed before me this
3rd Day of January, 2017

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE M. FLYNN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 12, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Devos Ltd. d/b/a Guaranteed Returns | : | |
| | : | NO. 14-574 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of   Jolene F. LaVigne-Albert

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Nancy Rue, Assistant United States Attorney

U.S. Attorney's Office for the Eastern District of Pennsylvania

615 Chestnut Street, Suite 1250, Philadelphia, PA 19106


*[signature]*
Signature of Attorney

Ann C. Flannery
Name of Attorney

Devos d/b/a Guaranteed Returns
Name of Moving Party

1/4/17
Date