APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| DEVOS LTD. d/b/a Guaranteed Returns | : | NO. 2:14-cr-00574(PBT) |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Julia D. Alonzo</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cr-00574(PBT)

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Julia D. Alonzo__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1341__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 04/23/2009 | 4707972 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| NY Southern District | 04/19/2011 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| NY Eastern District | 05/27/2014 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Donna Fallon__

(Applicant's Signature)

12/19/2016
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

11 Times Square
New York NY 10036
212-969-4558

Sworn and subscribed before me this

19 Day of December, 2016

Notary Public

HANNAH GAIL SILVERMAN
Notary Public, State of New York
[illegible] 75
Qualified [illegible] County
Commission [illegible] Sept. 14, 2019

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Julia D. Alonzo___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ann C. Flannery | [signature] | 06/06/2008 | 52553 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1835 Market Streeet, Suite 2700

Philadelphia, PA 19103

215-636-9002

Sworn and subscribed before me this

3rd Day of JANUARY, 2007

[signature]
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CHRISTINE M. FLYNN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 12, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| DEVOS LTD. d/b/a Guaranteed Returns | : | NO.   2:14-cr-00574(PBT) |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Julia D. Alonzo_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Nancy Rue, Assistant U.S. Attorney

U.S. Attorney's Office for the Eastern District of Pennsylvania

615 Chestnut Street, Suite 1250, Philadelphia, PA 19106


_____
Signature of Attorney

Ann C. Flannery
Name of Attorney

Donna Fallon
Name of Moving Party

1/4/17
Date