IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

**ORDER**

**AND NOW**, this __5th__ day of January, 2017, upon consideration of the matters discussed by all Parties during the telephone conference held on January 4, 2017, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Court's Order dated March 1, 2016 (Doc. 126) is **VACATED** to the extent that it is inconsistent with this Order;

2. The Parties shall provide to one another a list of anticipated trial witnesses and a list of anticipated trial exhibits on or before **Monday, January 16, 2017**. Any objections to these witness lists and/or exhibits lists will be discussed at the final pretrial conference held by the Court as scheduled below;

3. All Parties shall make the requisite expert disclosures under Fed. R. of Crim. P. 16 on or before **Monday, January 16, 2017**;

4. All motions *in limine* shall be filed on or before **Wednesday, January 18, 2017**;[1]

5. All Parties shall file their pretrial memoranda on or before **Monday, January 23, 2017 at 8:00 a.m.** Pretrial memoranda shall include, at a minimum, a summary of the facts of the case, a list of issues of law to be resolved, a list of all charges,

---

[1] To the extent the Parties would like to file written responses in opposition to any motions *in limine*, the Parties may do so, at their discretion, at any time before the commencement of trial.

1

        and a list of proposed witnesses with a short summary as to each witness of the individual's expected testimony;

6. The Court will hold a final pretrial conference in Chambers on **Monday, January 23, 2017 at 2:00 p.m.**;

7. The Parties shall confer regarding proposed jury instructions and file with the Court a list of agreed-upon proposed jury instructions on or before **Wednesday, January 25, 2017**. To the extent that there remains any disputed proposed jury instructions, the Parties shall file their respective disputed proposed jury instructions with the Court on **Wednesday, January 25, 2017**;[2]

8. The Parties shall confer regarding proposed voir dire questions and file with the Court a list of agreed-upon voir dire questions on or before **Friday, January 27, 2017**. To the extent that there remains any disputed proposed voir dire questions, the Parties shall file their respective disputed proposed voir dire questions with the Court on **Friday, January 27, 2017**;[3] and

9. Before the start of trial, the Parties shall provide two sets of all trial exhibits to the Court with accompanying exhibit indexes identifying each exhibit as well as providing a brief description of that exhibit.

                                                    **BY THE COURT:**

                                                    **/s/ Petrese B. Tucker**
                                                    _____
                                                    **Hon. Petrese B. Tucker, C.J.**

---

[2] The Court asks that the Parties provide courtesy copies of any proposed jury instructions in Microsoft Word format to the Court at the time of filing.

[3] The Court asks that the Parties provide courtesy copies of any proposed voir dire questions in Microsoft Word format to the Court at the time of filing.