IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

# ORDER

**AND NOW**, this __5th__ day of January, 2017, upon consideration of the Government's Motion For An Order Setting Date By Which Defendants Must Declare Intent To Pursue Advice-Of-Counsel Defense (Doc. 155) and Defendants' Response thereto (Doc. 157), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, C.J.

---

[1] Though at this time the Court declines to compel Defendants to decide whether or not they will pursue an "advice-of-counsel" defense, Defendants shall immediately notify the Government if and when Defendants decide whether they will put forward such a defense.