IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

### ORDER

**AND NOW**, this __10th__ day of January, 2017, upon consideration of Defendants' Pretrial Motions (Doc. 127), [1]Defendants' Memorandum of Law in Support of Their Pretrial Motions (Doc. 128), Government's Response to Defendants' Pretrial Motions (Doc. 129), Defendants' Reply Memorandum of Law in Further Support of Their Pretrial Motions (Doc. 135), and Oral Argument on Defendants' Pretrial Motions held on September 19, 2016, **IT IS HEREBY ORDERED AND DECREED** as follows:[1]

1. Defendants' Motion to Suppress is **DENIED**;

2. Defendants' Motion to Dismiss Count 54 of the Superseding Indictment (Money Laundering Conspiracy) is **DENIED**;

3. Defendants' Motion for a Bill of Particulars is **DENIED**;

4. Defendants' Motion for Release of Assets is **DENIED**;

5. Defendants' Motion to Unseal is **DENIED**; and

6. Defendants' Motion for *Brady*, *Giglio*, and Jencks Act Material is **DENIED**.

**IT IS FURTHER ORDERED THAT** if and when the Government decides to call Ryan

---

[1] Defendants' Pretrial Motions include: (1) Defendants' Motion to Suppress; (2) Defendants' Motion to Dismiss Count 54 of the Superseding Indictment (Money Laundering Conspiracy); (3) Defendants' Motion for a Bill of Particulars; (4) Defendants' Motion for Release of Assets; (5) Defendants' Motion to Unseal; and (Defendnats' Motion for *Brady*, *Giglio*, and Jencks Act Material.

2

Kasper and/or Ronald Carlino as witnesses in the trial of the above-captioned matter, the Government shall make the documents requested by Defendants in connection with its Motion to Unseal available to Defendants immediately.

**IT IS FURTHER ORDERED THAT** pursuant to the Government's continuing obligations to disclose *Brady* materials, the Government shall supplement its document production to Defendants promptly as additional *Brady* materials are identified.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated January 10, 2017.