IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

## ORDER

**AND NOW**, this __10th__ day of January, 2017, upon consideration of:

1. Defendant Devos' Application for the Admission of Thomas A. Kissane, Esq. to Practice in this Court (Doc. 159) pursuant to Local Rule of Civil Procedure 83.5.2(b);

2. Defendant Devos' Application for the Admission of Jolene F. LaVigne-Albert, Esq. to Practice in this Court (Doc. 160) pursuant to Local Rule of Civil Procedure 83.5.2(b);

3. Defendant Dean Volkes' Application for the Admission of Ashley C. Burns, Esq. to Practice in this Court (Doc. 161) pursuant to Local Rule of Civil Procedure 83.5.2(b);

4. Defendant Dean Volkes' Application for the Admission of Christopher D. Brumwell, Esq. to Practice in this Court (Doc. 162) pursuant to Local Rule of Civil Procedure 83.5.2(b);

5. Defendant Donna Fallon's Application for the Admission of Julia D. Alonzo, Esq. to Practice in this Court (Doc. 163) pursuant to Local Rule of Civil Procedure 83.5.2(b); and

6. Defendant Donna Fallon's Application for the Admission of Samantha Springer,

1

Esq. to Practice in this Court (Doc. 164) pursuant to Local Rule of Civil Procedure 83.5.2(b) (collectively "Applications");

**IT IS HEREBY ORDERED AND DECREED** that the Applications are **GRANTED** and that Thomas A. Kissane, Esq., Jolene F. LaVigne-Albert, Esq., Ashley C. Burns, Esq., Christopher D. Brumwell, Esq., Julia D. Alonzo, Esq., and Samantha Springer, Esq., are admitted *Pro Hac Vice* to the United States District Court for the Eastern District of Pennsylvania for the pendency of this matter.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**