IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

### ORDER

**AND NOW**, this __10th__ day of January, 2017, upon consideration of Defendants' Motion to Compel (Doc. 156) and the Government's Response thereto (Doc. 170), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, C.J.