IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 14-574-4 |
| v. : | |
| : | |
| RONALD CARLINO : | |

**O R D E R**

AND NOW, this 12th day of January, 2017, it is hereby **ORDERED** that the transcript of the defendant's guilty plea hearing, held on May 4, 2015 in the above captioned matter is hereby UNSEALED for the limited purpose of producing the transcript of the plea hearing.

**IT IS FURTHER ORDERED** that the resulting transcript of the plea held on May 4, 2015, be SEALED and IMPOUNDED until further Order of the Court, with the exception that a copy of the transcript shall be provided to Assistant United States Attorney Nancy Rue.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
*Chief Judge, United States District Court*