# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a Guaranteed Returns, et al.** : | **NO. 14-574 (PBT)** |

## DEFENDANTS' MOTION FOR RECONSIDERATION

For the reasons set forth in the accompanying Memorandum of Law, Defendants Devos Ltd. d/b/a Guaranteed Returns, Dean Volkes and Donna Fallon respectfully move this Court for an order as follows: granting reconsideration of the Court's order dated January 11, 2017 and, upon reconsideration, granting Defendants' motion to compel brought December 29, 2016, directing the Government to produce: (1) A list of the persons or entities to whom the Government has sent, or from whom the Government has received, information concerning their dealings with Devos a/k/a Guaranteed Returns, further to any website posting, mailings, or other communications by the Government with Guaranteed Returns' customers from in or about October 2016 to date, separated into two categories: (i) those persons or entities that responded to the Government's website posting, mailings, or other communications, and (ii) those that did not respond, and (2) A report of the number of viewers of each of the postings or links relating to

Guaranteed Returns at any website maintained by the Government in connection with such website posting, mailings, or other communications.

Dated: New York, New York
January 17, 2017

Respectfully Submitted,

**SCHLAM STONE & DOLAN LLP**

By: /s/ Douglas E. Grover
Douglas E. Grover
Thomas A. Kissane

26 Broadway
New York, New York 10004
Tel. 212.344.5400
Fax 212.344.7677
dgrover@schlamstone.com
tkissane@schlamstone.com

*Attorneys for Defendant Devos Ltd.*
*d/b/a Guaranteed Returns*

**LAW OFFICES OF ANN C. FLANNERY, LLC**

By: /s/ Ann C. Flannery
Ann C. Flannery

1835 Market Street, Suite 2700
Philadelphia, Pennsylvania 19103
Tel. 215.636.9002
Fax 215.636.9899
acf@annflannerylaw.com

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

By: /s/ Elkan Abramowitz
Elkan Abramowitz
Robert M. Radick
Miriam L. Glaser
Ashley C. Burns

565 Fifth Avenue
New York, New York 10017
Tel. 212.856.9600
Fax. 212.856.9494
eabramowitz@maglaw.com
rradick@maglaw.com
mglaser@maglaw.com
aburns@maglaw.com

*Attorneys for Defendant Dean Volkes*

**PROSKAUER ROSE LLP**

By: /s/ Robert J. Cleary
Robert J. Cleary
William C. Komaroff
Samantha Springer
Julia D. Alonzo

11 Times Square
New York, New York 10036
Tel. 212.969.3000
Fax 212.969.2900
rjcleary@proskauer.com
wkomaroff@proskauer.com
sspringer@proskauer.com
jalonzo@proskauer.com

*Attorneys for Defendant Donna Fallon*