**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.   : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a Guaranteed** : | **NO. 14-574-1** |
| **Returns, et al.** : | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2017, upon consideration of the Defendants' Motion for Reconsideration (Doc. ___), the Government's Response in Opposition (Doc. ___), and Defendants' Reply to the Government's Response (Doc. ___) **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion for reconsideration is **GRANTED** and, upon such reconsideration, Defendants' motion to compel brought December 29, 2016 (Doc. 156) is granted.

The Government is directed to produce the following materials as soon as practicable:

1. A list of the persons or entities to whom the Government has sent, or from whom the Government has received, information concerning their dealings with Devos a/k/a Guaranteed Returns, further to any website posting, mailings, or other communications by the Government with Guaranteed Returns' customers from in or about October 2016 to date, separated into two categories: (i) those persons or entities that responded to the Government's website posting, mailings, or other communications, and (ii) those that did not respond, and

2. A report of the number of viewers of each of the postings or links relating to Guaranteed Returns at any website maintained by the Government in connection with such website posting, mailings, or other communications.

BY THE COURT:

_____
Hon. Petrese B. Tucker, C.J.