IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

**ORDER**

**AND NOW**, this __20th__ day of January, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Court's Order dated January 5, 2017 (Doc. 168) is **AMENDED** as follows:

1. The Court will hold a final pretrial conference in Courtroom 16B on **Monday, January 23, 2017 at 2:00 p.m.**; and

2. Before the start of trial, the Parties shall provide either:

    a. Two hardcopy sets of all trial exhibits to the Court with accompanying exhibit indexes identifying each exhibit as well as providing a brief description of that exhibit; or,

    b. To the extent that hardcopy sets would be too voluminous in hardcopy format, a single set of all trial exhibits in PDF to the Court with accompanying exhibit index identifying each exhibit as well as providing a brief description of that exhibit.[1]

---

[1] In the event that any party submits exhibits to the Court in electronic format, the submitting party must be prepared to provide readily-accessible copies of any exhibits to the jurors for deliberation purposes upon request.

1

2

        **BY THE COURT:**

        **/s/ Petrese B. Tucker**
        _____
        **Hon. Petrese B. Tucker, C.J.**