### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : | **NO. 14-574** |
| | : | |

### ORDER

**AND NOW**, this __23rd__ day of January, 2017, upon consideration of Defendants' Motion to Recognize Corporate Representative (Doc. 185), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED** to the extent that it seeks recognition of Douglas E. Grover as the corporate representative of Defendant Devos Ltd. for Pretrial Conference purposes.

**IT IS FURTHER ORDERED** that the Court will rule on the Motion to the extent that it seeks recognition of Douglas E. Grover as the corporate representative of Defendant Devos Ltd. for trial purposes after the Parties have had an opportunity to discuss this issue at the final Pretrial Conference scheduled for Monday, January 23, 2017 at 2:00 p.m.

          **BY THE COURT:**

          **/s/ Petrese B. Tucker**
          _____
          **Hon. Petrese B. Tucker, C.J.**