# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |

## ORDER

**AND NOW**, this __24th__ day of January, 2017, **IT IS HEREBY ORDERED AND DECREED** that if, and when, the Defendants' determine that they will call any experts in the trial of the above-captioned matter, the Defendants shall immediately provide to the Government a summary of any expected expert opinion(s) that will be offered at trial.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**