# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : | **NO. 14-574** |

## ORDER

**AND NOW**, this __24th__ day of January, 2017, upon consideration of Defendants' Motion for Reconsideration (Doc. 177), and Oral Argument on the Motion during the Pretrial Conference held on January 23, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED** as follows:

1. The Government shall identify all persons and/or entities to whom the Government sent victim letters and/or victim surveys; and

2. The Government shall continue to supplement its document production to Defendants with copies of all responses to the victim letters and/or victim surveys that the Government receives.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**