IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

# ORDER

**AND NOW**, this __24th__ day of January, 2017, upon consideration of Defendants' Memorandum of Law in Support of Their Motions *in Limine* ("Motions") (Doc. 179),[1] and Oral Argument on the Motions during the Pretrial Conference held on January 23, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motions are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' Motions are **DENIED** to the extent that they seek to "preclude the Government from offering evidence or argument that concealment money laundering took place prior to the distribution of funds from pharmaceutical manufacturers;" and

2. Defendants' Motions are **GRANTED** to the extent that they seek to "preclude the Government from offering argument or testimony suggesting that the brother-sister relationship between Mr. Volkes and Ms. Fallon" is sufficient, standing alone, "to prove guilty knowledge or criminal intent."

---

[1] The Court interprets Defendants' Memorandum of Law in Support of their Motions *in Limine* as Defendants' Motions *in Limine* as Defendants did not file separate Motions *in Limine* independent of their Memorandum of Law.

1

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, C.J.**