DAY #2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

vs.                            : CRIMINAL NO. 14-574-1-3

DEVOS LTD, d/b/a Guaranteed Returns, et al   :

# WAIVER OF PRESENCE OF COURT STENOGRAPHER OR ELECTRONIC SOUND RECORDING OPERATOR AND DEFENDANT(S) AT DRAWING OF JURY PANEL MEMBERS IN CRIMINAL TRIALS

The undersigned defendant(s) and defense counsel do hereby waive the presence of the judge, court stenographer or electronic sound recording operator, and undersigned defendant(s) in the jury room at the calling of the numbers and selection of panel of prospective jurors in the above-captioned criminal case. It is understood that defense counsel may be present at the calling of the numbers and panel selection if they wish, and that the judge, court stenographer or electronic sound recording operator, undersigned defendant(s) and all counsel will be present in the courtroom at the voir dire examination of the panel of prospective jurors, exercising of challenges, and final selection of the jury.

_____ and _____
Defendant                      Defendant's Counsel

_____ and _____
Defendant                      Defendant's Counsel

_____ and _____
Defendant                      Defendant's Counsel

_____ and _____
Dated                          Attorney for the U.S.

Cr 12 (2/90)