IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES *OF* AMERICA | : | CRIMINAL ACTION |
| vs. | : | NO. 14-cr-574 |
| DEVOS, LTD. *d/b/a* Guaranteed Returns, et al | : | |

### ORDER

BEFORE THE HONORABLE PETRESE B. TUCKER,

**AND NOW**, this 1st day of February, 2017, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish morning refreshments for 14 jurors engaged in the above entitled case beginning Monday, February 6, 2017 from Monday - Thursday until further notice.

BY THE COURT:
ATTEST: /s/ Petrese B. Tucker
~~Kimberly Scott~~
~~Deputy Clerk~~

cc:   Fiscal Section (2)

| ____ | __KS__ |
|---|---|
| Date | By Whom |