# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |

## ORDER

**AND NOW**, this __1st__ day of February, 2017, upon consideration of the Defendants' Motion to Exclude Recorded Phone Conversations or, in the Alternative, Defendants Dean Volkes's and Donna Fallon's Motion for Severance (Doc. 198), the Government's Response thereto (Doc. 204), and Oral Argument on the Motion on February 1, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, C.J.