# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : **CRIMINAL ACTION** |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : **NO. 14-574** |

## ORDER

**AND NOW**, this __1st__ day of February, 2017, upon consideration of the Government's Motion to Admit Records (Doc. 202), Defendants' Opposition to Government's Motion to Admit Records (Doc. 203), and Oral Argument on the Motion on February 1, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motion is preliminarily **GRANTED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**