IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |

## ORDER

**AND NOW**, this __1st__ day of February, 2017, upon consideration of the Government's Motion to Exclude Expert Testimony (Doc. 180), and discussions regarding the Motion during the Pretrial Conference held on January 23, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motion is preliminarily **DISMISSED WITHOUT PREJUDICE** as follows:

1. In view of Defendants' representation during the Pretrial Conference that Defendants have not yet determined whether they will offer any witnesses or testimony at trial, the Court finds this Motion premature;

2. If and when Defendants decide that they will offer witnesses or testimony at trial, Defendants must identify the witnesses that they intend to call;

3. At such time as Defendants identify any witnesses that they intend to call at trial, the Government may, at its discretion, renew this Motion; and

4. Defendants are reminded that they are under an ongoing duty to comply with the Court's Order dated January 24, 2017 (Doc. 190) relating to the identification of expert witnesses and expert disclosures.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, C.J.**