# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **CRIMINAL ACTION** |
| | : |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : **NO. 14-574** |

## ORDER

**AND NOW**, this __3rd__ day of February, 2017, in accordance with the Court's Order from the bench, and on the record, issued on February 2, 2017 granting Defendants' request that the letters to the Court written by Juror 1, Juror 2, Alternate Juror 2 be filed as trial exhibits under seal, **IT IS HEREBY ORDERED AND DECREED** that the Clerk of Court shall file the three letters under seal and that the letters shall remain under seal until further Order of the Court.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**