IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a GUARANTEED | : NO. 14-574 (PBT) |
| RETURNS, et al. | : |
| | : |

## AMENDED ORDER

AND NOW, this 7th day of February, 2017, upon consideration of the Government's Motion *in Limine* to Admit Evidence (Doc. 181), Defendants' Opposition to Government's Motion *in Limine* to Admit Evidence (Doc. 195), Oral Argument on the Motion during the Pretrial Conference held on January 23, 2017, and additional Oral Argument on the Motion on February 1, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motion is preliminarily **GRANTED** as follows:[1]

1. At this time, the Court finds that the evidence that the Government seeks to admit by its Motion is extrinsic evidence and, therefore, may only be preliminarily admitted under Fed. R. of Evid. 404(b); and

2. The Parties must confer and submit a proposed limiting jury instruction on the proper use of any evidence admitted under Fed. R. of Evid. 404(b).

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, C.J.

---

[1] On February 1, 2017, the Parties stipulated, on the record, that Defendant Donna Fallon is not charged in the indate scheme alleged in Superseding Indictment Counts 1 through 40, and that Counts 41 through 52 do not charge an indate scheme.