IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED | : NO. 14-574 |
| RETURNS, et al. | : |

### ORDER

AND NOW, this 7th day of February, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Clerk of Court shall file the email sent to the Court by Alternate Juror 1 on February 3, 2017, relating to Alternate Juror 1's hardship, **UNDER SEAL**. Upon consideration of Alternate Juror 1's email, the Court excused Alternate Juror 1 from the ongoing trial of the above-captioned matter. The email shall remain under seal until further Order of the Court.

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, C.J.