IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

### ORDER

**AND NOW**, this __22nd__ day of February, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Clerk of Court shall file the Government's uncontested[1] Motion *in Limine* to Preclude (Doc. 234) and the Court's Order granting the Motion (Doc. 235), **UNDER SEAL**. The Motion and Order shall remain under seal until further order of the Court.

BY THE COURT:

/s/ Peterese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] On February 21, 2017, Defendants' counsel indicated, on the record, that Defendants had no objection to the Government's Motion.