# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **CRIMINAL ACTION** |
| | : |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : **NO. 14-574** |

## ORDER

**AND NOW**, this __22nd__ day of February, 2017, upon consideration of Defendants' Motion for Full Disclosure of Grand Jury Proceedings (Doc. 226), Government's Response in Opposition to Defendants' Motion (Doc. 228), and Oral Argument on Defendants' Motion held on February 14, 2017, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**