# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | |
| **DEVOS LTD. d/b/a GUARANTEED** | : | **NO. 14-574** |
| **RETURNS, et al.** | : | |
| | : | |

## ORDER

    **AND NOW**, this __27th__ day of February, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Clerk of Court shall file Defendants' Motion for an Order Precluding the Government from Conducting Certain Cross-Examination of Potential Defense Witness **UNDER SEAL**.  The Motion shall remain under seal until further order of the Court.

    **BY THE COURT:**

    **/s/ Petrese B. Tucker**

    _____

    **Hon. Petrese B. Tucker, C.J.**