IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |
| : | |

**ORDER**

**AND NOW**, this __2nd__ day of March, 2017, upon consideration of Defendants' Motion For A Limiting Instruction That Puffery Is Not Actionable As Mail Fraud Or Wire Fraud (Doc. 237), the Government's Opposition To Defendants' Motion For A Limiting Instruction Regarding Puffery (Doc. 246), and Oral Argument on the Motion held on March 1, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] Consistent with the Court's instruction following Oral Argument, Defendants are permitted to submit a proposed jury instruction relating to the topic of puffery for use during the final charging of the jury. To the extent that Defendants seek such a jury instruction, Defendants shall confer with the Government and determine whether the parties can agree to the proper form of the jury instruction.