IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :  CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | :  NO. 14-574 |

## ORDER

**AND NOW**, this __15th__ day of March, 2017, upon consideration of Defendants' Motion Regarding Proposed Limiting Instructions and Supplemental Instruction Regarding Transcript of Audio Recordings (Doc. 218) and the Government's Response in Opposition thereto (Doc. 227), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DISMISSED AS MOOT** in view of:

1. the Court's provision of an instruction to the jury regarding the proper use of audio recording transcripts; and

2. the Court's decision to provide its own instruction regarding alleged undisclosed fees prior to October 2010 and regarding ERV v. ARV.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C.J.