# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : **CRIMINAL ACTION** |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : **NO. 14-574** |

## ORDER

**AND NOW**, this __17th__ day of March, 2017, upon consideration of Donna Fallon's and Dean Volkes's Motion to Preclude Evidence of Out of Court Statements Made by Counsel for Guaranteed Returns (Doc. 263), and the Government's Response in Opposition thereto (Doc. 265), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DISMISSED AS MOOT**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**