# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |

## ORDER

AND NOW, this __17th__ day of March, 2017, upon consideration of the Motion of Defendants Devos Ltd. and Dean Volkes to Admit Defense Exhibits 683, 684, and 774 into Evidence (Doc. 245), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DISMISSED AS MOOT** in view of the Court's decision to admit Exhibits 683, 684, and 774 as evidence during trial.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C.J.