IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CRIMINAL ACTION |
| : | |
| DEVOS LTD. d/b/a GUARANTEED : | NO. 14-574 |
| RETURNS, et al. : | |

**ORDER**

AND NOW, this __17th__ day of March, 2017, upon consideration of the Motion of Defendants to Seal their Reply Memorandum of Law in Further Support of their Motion *in Limine* to Preclude Certain Cross Examination (Doc. 268), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall file Defendants' Reply Memorandum of Law in Further Support of Motion *in Limine* to Preclude Certain Cross Examination ("Reply Memorandum") (Doc. 267) **UNDER SEAL**. The Reply Memorandum shall remain under seal until further order of the Court.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**