IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

### ORDER

**AND NOW**, this __17th__ day of March, 2017, upon consideration of Defendants' Motion to (1) Provide Written Instructions to the Jury and (2) Preclude Submission of the Superseding Indictment to the Jury (Doc. 300), and Oral Argument on the Motion held on March 15, 2017, the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as it relates to Defendants' request that the Court provide written copies of the jury instructions to the jury for use during deliberations. After the Court has charged the jury, the Court will provide twelve (12) written copies of the Court's instructions to the jury; and

2. The Motion is **DENIED** to the extent that it seeks the wholesale preclusion of submission of the Superseding Indictment to the jury. While the Court does not intend to provide a copy of the Superseding Indictment to the jury at this time, the Court may provide a copy of the Superseding Indictment to the jury during jury deliberations, if the Court deems it appropriate.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**