# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **CRIMINAL ACTION** |
| | : |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : **NO. 14-574** |

## ORDER

**AND NOW**, this __17th__ day of March, 2017, **IT IS HEREBY ORDERED AND DECREED** the Clerk of Court shall file the Government's Opposition to Defendants' Motion to Preclude Cross-Examination of Expert ("Opposition Brief") (Doc. 255) **UNDER SEAL**. The Opposition Brief shall remain under seal until further order of the Court.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**