IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 14-574 -3 |
| DONNA FALLON | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 23rd day of March, 2017, came the attorney for the government and the defendant being present with counsel, and

☐      The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐      A jury has been waived, and the Court has found the defendant not guilty as to: _____

X      The jury has returned its verdict, finding the defendant not guilty as to: <u>55, 62 through 64</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Petrese B. Tucker, Chief Judge

cc: U.S. Marshal
       Probation Office
       Counsel

<u>3/23/17</u>
Date
By Whom <u>KS</u>

Cr 1 (8/80)