IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
                    vs.          :         CRIMINAL NO. 14-574 -2
                                 :
DEAN VOLKES                      :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 23rd day of March, 2017, came the attorney for the government and the defendant being present with counsel, and

☐   The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐   A jury has been waived, and the Court has found the defendant not guilty as to: _____

X   The jury has returned its verdict, finding the defendant not guilty as to: 56 through 61

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

*/s/ Petrese B. Tucker*
Petrese B. Tucker, Chief Judge

cc:   U.S. Marshal
      Probation Office
      Counsel

 3/23/17
  Date
By Whom   KS

Cr 1 (8/80)