IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | : NO. 14-574 (PBT) |

### ORDER

AND NOW, this _____ day of April, 2017, it is hereby ORDERED that the application of Sharon Cohen Levin, Esquire, to practice in this court pursuant to Local Rules of Civil Procedure 83.5.2(b) is GRANTED as of March 24, 2017, pursuant to the Court's oral Order in court on that date.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
Chief United States District Judge

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Sharon Cohen Levin___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ann C. Flannery | *[signature]* | 06/06/2008 | 52553 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1835 Market Street, Suite 2700

Philadelphia, PA 19103

215-636-9002

Sworn and subscribed before me this

11th Day of April, 2017

*[signature]*
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
           NOTARIAL SEAL
THERESA MARCHESANI, Notary Public
    City of Philadelphia, Phila. County
My Commission Expires November 7, 2018
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __14-CR-00574__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Sharon Cohen Levin__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1367__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 02/08/2016 | 5417811 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Illinois | 11/07/1985 | 6191498 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 06/24/1988 | 414165 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S., Second Circuit | 05/20/1992 | 92-343 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. EDNY | 09/15/2016 | SL4124 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. DC Circuit | 01/09/1989 | **414165** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*     Sharon Cohen Levin

(Applicant's Signature)

03/28/2017
(Date)

APPLICANT'S FIRM NAME/ ADDRESS/ TELEPHONE NUMBER:

Sharon Cohen Levin

Wilmer Cutler Pickering Hale & Dore "WilmerHale"

7 World Trade Center, 250 Greenwich Street, New York, NY 10007  212 230 8804

Sworn and subscribed before me this

__28__ Day of __March__, 20__17__

Notary Public

ANDREA P. JAMES
Notary Public, State of New York
No. 03-4816071
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires July 31, 20__18__

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| DEVOS, LTD. d/b/a Guaranteed Return | : | |
| | : | NO.  2:14-cr-00574 (PBT) |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Sharon Cohen Levin___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Nancy Rue, Assistant U.S. Attorney

U.S. Attorney's Office for the Eastern District of Pennsylvania

615 Chestnut Street, Suite 1250, Philadelphia, PA 19106

_[signature]_
Signature of Attorney

Ann C. Flannery
Name of Attorney

Dean Volkes, Donna Fallon ? Devos Ltd.
Name of Moving Party

4/12/17
Date