# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 14-574** |
| **DEVOS LTD. d/b/a GUARANTEED** : | |
| **RETURNS, et al.** : | |

## ORDER

**AND NOW**, this __5th__ day of July, 2017, upon consideration of the Government's letter to the Court, dated June 28, 2017, requesting an extension of time to file its response to Defendants' post-trial motions (Doc. 344), **IT IS HEREBY ORDERED AND DECREED** that the Government's request is **GRANTED** and the Government shall file its response on or before **Friday, July 28, 2017**.

                                                    **BY THE COURT:**

                                                    **/s/ Petrese B. Tucker**

                                                    _____
                                                    **Hon. Petrese B. Tucker, C.J.**