IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

## ORDER

**AND NOW**, this __14th__ day of July, 2017, upon consideration of Defendants' letter to the Court dated July 14, 2017, requesting an extension of time to respond to the Government's Motions for Preliminary Order of Forfeiture and Forfeiture Money Judgment ("Government's Motions") (Docs. 336 and 337), **IT IS HEREBY ORDERED AND DECREED** that the Defendants' request is **GRANTED** as follows:

1. Defendants' time to respond to the Government's Motions is extended until **Friday, July 21, 2017**;

2. To the extent that Defendants seek an additional extension of time to respond to the Government's Motions, Defendants shall first contact counsel for the Government to determine whether any request for extension of time is opposed; and

3. To the extent that any request for extension of time is opposed or unopposed, Defendants shall indicate as such in any future request.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**