**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a GUARANTEED RETURNS, et al. | : NO. 14-574 |

**ORDER**

**AND NOW**, this __24th__ day of July, 2017, upon consideration of Defendants' letter to the Court dated July 20, 2017, requesting an extension of time to respond to the Government's Motions for Preliminary Order of Forfeiture and Forfeiture Money Judgment ("Government's Motions") (Docs. 336 and 337), **IT IS HEREBY ORDERED AND DECREED** that the Defendants' request is **GRANTED** as follows:

1. Defendants shall file their responses in opposition to the Government's Motions on or before **Friday, August 11, 2017**; and

2. The Government shall file its replies, to the extent replies are necessary, on or before **Friday, September 8, 2017**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**