**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : | **NO. 14-574** |

# ORDER

**AND NOW**, this __27th__ day of July, 2017, upon consideration of the Government's letter to the Court dated July 26, 2017, requesting an extension of time to respond to Defendants' post-trial motions (Doc. 344), **IT IS HEREBY ORDERED AND DECREED** that the Government's request is **GRANTED** as follows:

1. The Government shall file its response to Defendants' post-trial motions (Doc. 344) **on or before Friday, August 11, 2017**; and

2. To the extent necessary, Defendants shall file a reply **on or before Friday, September 29, 2017**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**