IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice:   July 28, 2017 |
| v. | : | |
| Devos, Ltd., d/b/a Guaranteed Returns | | |
| 100 Colin Drive | | |
| Holbrook, NY  11741 | : | |
| | : | Criminal No.   14-574-1 |

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Wednesday, November 8, 2017** at **10:00 a.m.** before the Honorable **Petrese B. Tucker, Chief Judge** in **Courtroom 16B**.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

COUNSEL SHALL FILE ANY SENTENCING MEMORANDUM OR PLEA MEMORANDUM THREE (3) DAYS PRIOR TO THE SCHEDULED PROCEEDING. COUNSEL SHALL FAX A COPY TO JUDGE TUCKER'S CHAMBERS AT 267-299-5072.

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

No ❏ INTERPRETER REQUIRED       *s/Kimberly Scott*
                                Kimberly Scott
                                Courtroom Deputy to Chief Judge Petrese B. Tucker
                                (267) 299-7619
                                (267) 299-7618 - fax
                                (267) 299-7610 - Chambers
                                Kimberly_Scott-@paed.uscourts.gov

Notice to:
Defendant
Douglas Grover, Esq.,Robert Cleary, Esq., Robert Radick, Esq., Ashley, Burns, Esq.
Elkan Abramowitz, Esq. Thomas Kissane, Esq. Jolene L-Albert, Esq., Megan Scheib, Esq. **(via email)**
Nancy Rue and Patrick Murray,  AUSA **(via email)**
U.S. Marshal **(via email)**
Probation Office **(via email)**
Pretrial Services **(via email)**
Larry Bowman **(via email)**