# Exhibit 3



U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Nancy Rue, AUSA* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8683* | *Suite 1250* |
| *Facsimile: (215) 861-8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address: nancy.rue@usdoj.gov* | *(215) 861-8200* |

January 27, 2017

**Via Pick-up**

Counsel for Devos, Ltd. *dba* Guaranteed Returns, Dean Volkes, and Donna Fallon

      Re:    United States v. Devos, Ltd *dba* Guaranteed Returns, *et. al*.
             Criminal No. 14-574

Dear Counsel:

     Enclosed are two disks containing the Government's exhibits in the above-referenced case, as well as an exhibit list dated January 27, 2017. To assist you, also enclosed are two disks, labeled "Supplemental Production," containing new or replacement exhibits. We will continue to supplement our production as necessary.

     If you have any questions regarding the foregoing, please contact me on (215) 861-8683, or Patrick J. Murray on (215) 861-8456.

                                               Very truly yours,

                                               LOUIS D. LAPPEN
                                               Acting United States Attorney


                                               /s/  Nancy Rue
                                               PATRICK J. MURRAY
                                               NANCY RUE
                                               Assistant United States Attorneys

Enclosures (to Grady of Cornerstone only)

cc:  Ann Campbell Flannery, Esq.

# "Supplemental Disc"  File Contents

