# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |

## ORDER

    **AND NOW**, this __9th__ day of November, 2017, upon consideration of the Government's letter to the Court, dated November 9, 2017, requesting an extension of time to file a reply brief in support of the Government's Motions for Preliminary Order of Forfeiture and Forfeiture Money Judgment (Docs. 336, 337, and 338), **IT IS HEREBY ORDERED AND DECREED** that the Government's request is **GRANTED** and the Government shall file its reply brief, if any, at least **thirty (30) days** before the sentencing date for the Defendants in this case.

                                                   **BY THE COURT:**

                                                   **/s/ Petrese B. Tucker**
                                                   _____
                                                   **Hon. Petrese B. Tucker, U.S.D.J.**